UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIE WALKER,

               Plaintiff,

   -v-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

**ORDER**

20-CV-8694 (AJN) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      On July 7, 2021, the Commissioner informed this Court that he has been unable to complete service (by either first-class mail or by Federal Express) of the Administrative Record (Dkt. No. 16). The Commissioner also reported that he mailed Plaintiff a letter by Federal Express proposing a stipulated remand. To date, the Commissioner has not received a response to that correspondence and has been unable to reach Plaintiff by phone.

      Accordingly, this Court directs Plaintiff to confirm his mailing address, and whether he can receive a Federal Express box at that address, so that he may receive the Administrative Record as well as any settlement proposals from the Commissioner. Plaintiff is also directed to provide a working telephone number, if available, to the Commissioner and to the Court. Plaintiff shall comply with this Order no later than July 22, 2021 by filing a letter with the Court.

     **SO ORDERED.**

Dated: July 8, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Willie Walker
1971 Marmion Avenue, Apartment 4A1
Bronx, NY 10460